\*\*E-Filed 1/5/09\*\*

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, | ) ) ) | No. C 08-5729-JF |
| Petitioner, | ) ) | **STIPULATION TO WITHDRAW MOTION FOR EMERGENCY STAY OF REMOVAL;** |
| v. | ) ) | **TO STAY THE PETITIONER'S REMOVAL; AND TO A BRIEFING** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, | ) ) ) ) ) ) ) ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| Respondents. | ) | |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the following:

1. The petitioner withdraws her motion for an emergency stay of removal without prejudice.

2. The respondents agree to stay the petitioner's removal through February 20, 2009.

3. The parties agree to the following briefing schedule:

//

//

STIPULATION
C-08-5729-JF                                      1

| | | |
|---|---|---|
| 1 | Respondents' Return in Opposition to Habeas Petition: | January 23, 2009 |
| 2 | Petitioner's Reply: | January 30, 2009 |
| 3 | Hearing: | February 6, 2009 at 9:00 a.m. |

Date: December 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: December 24, 2008

/s/
JAMES TODD BENNETT, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/5/09

JEREMY FOGEL
United States District Judge

STIPULATION
C-08-5729-JF                           2