JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

**E-Filed 1/26/09**

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, <br><br> Respondents. | No. C 08-5729-JF <br><br> **STIPULATION TO VACATE THE BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER** |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to vacate the briefing schedule and vacate the hearing date in this matter based on the fact that the parties are currently discussing ways of either administratively resolving the matter or placing the case in abeyance pending resolution of an appeal that was argued at the United States Court of Appeals for the Ninth Circuit on January 13, 2009, and which may resolve some of the issues present in the habeas petition.

STIPULATION
C-08-5729-JF                                        1

1    The parties will submit a revised briefing schedule and a proposed hearing date within one
2 week of the submission of this stipulation. The Respondents agree to stay Petitioner's removal
3 through February 20, 2009, subject to further stay upon the filing of a revised briefing schedule.

5  Date: January 23, 2009                                   Respectfully submitted,

6                                                           JOSEPH P. RUSSONIELLO
                                                            United States Attorney

9                                                           /s/
                                                            EDWARD A. OLSEN
                                                            Assistant United States Attorney
10                                                          Attorneys for Respondents

13  Date: January 23, 2009                                  /s/
                                                            JAMES TODD BENNETT, Esq.
                                                            Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  1/26/09                    _____
                                                            JEREMY FOGEL
                                                            United States District Judge

STIPULATION
C-08-5729-JF                                 2