1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Acting Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
   ARACELY DE JESUS FAJARDO      )    No. C 08-5729-JF
13 GARCIA,                       )
                                 )
14         Petitioner,           )    **STATUS REPORT; AND [PROPOSED]**
                                 )    **ORDER**
15    v.                         )
                                 )
16 MICHAEL CHERTOFF, Secretary,  )
   Department of Homeland Security; )
17 NANCY ALCANTAR, Field Office  )
   Director, Immigration and Customs )
18 Enforcement; and MICHAEL      )
   MUKASEY, Attorney General of the )
19 United States,                )
                                 )
20         Respondents.          )
   _____)

21

22     Petitioner, by and through her attorney of record, and respondents, by and through their

23 attorneys of record, hereby submit this status report.  Although the parties advised the Court on

24 January 23, 2009, that they would submit a revised briefing schedule and a proposed hearing date

25 within one week, the parties respectfully request an additional six days to submit their revised

26 briefing schedule based on the fac that they are continuing to discuss ways of either

27 administratively resolving the matter or placing the case in abeyance pending resolution of an

28 appeal that was argued at the United States Court of Appeals for the Ninth Circuit on January 13,

1    2009.

2         With the Court's approval, the parties will submit a revised briefing schedule and a proposed

3    hearing date by February 4, 2009.

4

5    Date:  January 30, 2009                     Respectfully submitted,

6                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
7

8                                                       /s/
9                                                EDWARD A. OLSEN
                                                 Assistant United States Attorney
10                                               Attorneys for Respondents

11

12   _____
     Date:  January 30, 2009                            /s/
13                                               JAMES TODD BENNETT, Esq.
                                                 Attorney for Petitioner
14

15

16                              **ORDER**

17        Pursuant to stipulation, IT IS SO ORDERED.

18

19

20   Date:   2/2/09             _____
                                                 JEREMY FOGEL
21                                               United States District Judge

22

23

24

25

26

27

28

STIPULATION
C-08-5729-JF                                2