JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

**E-Filed 2/13/09**

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States,<br><br>　　　　Respondents. | No. C 08-5729-JF<br><br>**STATUS REPORT; AND [PROPOSED] ORDER** |

　　Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate to the following briefing schedule:

　　Respondents' Return to the Habeas Petition:　　February 20, 2009

　　Petitioner's Reply:　　March 6, 2009

　　Hearing:　　~~First Available Hearing Date~~
　　　　March 20, 2009 at 9:00 a.m.

STIPULATION
C-08-5729-JF　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | Date: February 4, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 8 | Date: February 4, 2009 | /s/<br>JAMES TODD BENNETT, Esq.<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/5/09

_____
JEREMY FOGEL
United States District Judge

STIPULATION
C-08-5729-JF                                    2