JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

**E-Filed 5/19/09**

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
    edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, <br><br> Respondents. | No. C 08-5729-JF <br><br> **STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER** |

    The parties, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the hearing date in the above-entitled matter from May 22, 2009, to July 10, 2009, in light of the fact that the United States Court of Appeals for the Ninth Circuit has not yet issued an opinion in *Rajinder Singh v. Holder*, Appeal No. 07-16988. In that appeal, the Ninth Circuit is expected to resolve the question of whether a district court can, as a prudential matter, dismiss a habeas petition and require an alien to exhaust his or her administrative remedies with the BIA where, as here, the alien alleges that his or her attorney failed to file a petition for review

STIPULATION
C-08-5729-JF                               1

of a decision by the BIA with the Ninth Circuit. The Ninth Circuit heard oral argument in the appeal on January 13, 2009.

In addition, counsel for the respondents will be in trial from May 18 through May 28, 2009.

The parties further stipulate to extend the stay of the petitioner's removal through July 24, 2009.

Date: May 15, 2009                          Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                             /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Respondents


Date: May 15, 2009                           /s/
                                            JAMES TODD BENNETT, Esq.
                                            Attorney for Petitioner


[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May  19 , 2009                       _____
                                            JEREMY FOGEL
                                            United States District Judge

STIPULATION
C-08-5729-JF                                2