JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney                                    **E-Filed 7/7/2009**
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3697
    FAX: (510) 637-3724
    edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, | ) ) ) | No. C 08-5729-JF |
| Petitioner, | ) ) ) | **SECOND STIPULATION TO EXTEND DATE OF HEARING; AND ~~[PROPOSED]~~ ORDER** |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

The parties, by and through their attorneys of record, hereby stipulate, subject to approval of

the Court, to again extend the hearing date in the above-entitled matter from July 10, 2009, to

September 11, 2009,  in light of the fact that the United States Court of Appeals for the Ninth

Circuit has not yet issued an opinion in *Rajinder Singh v. Holder*, Appeal No. 07-16988.  In that

appeal, the Ninth Circuit is expected to resolve the question of whether a district court can, as a

prudential matter, dismiss a habeas petition and require an alien to exhaust his or her

administrative remedies with the BIA where, as here, the alien alleges that his or her attorney

1  failed to file a petition for review of a decision by the BIA with the Ninth Circuit.  The Ninth

2  Circuit heard oral argument in the appeal on January 13, 2009.

3       The parties further stipulate to extend the stay of the petitioner's removal through September

4  25, 2009.

5       The parties recognize that they have asked this Court to extend the date of the hearing on a

6  number of prior occasions and appreciate the Court's patience in this matter.

7

8  Date: July 2, 2009                          Respectfully submitted,

9                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
10

11                                             /s/
12                                             EDWARD A. OLSEN
                                               Assistant United States Attorney
13                                             Attorneys for Respondents

14

15
   Date: July 2, 2009                          /s/
16                                             JAMES TODD BENNETT, Esq.
                                               Attorney for Petitioner
17

18                            **[PROPOSED] ORDER**
19
        Pursuant to stipulation, IT IS SO ORDERED.
20

21  Dated:  July _6_ , 2009
22                                             JEREMY FOGEL
                                               United States District Judge
23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF HEARING
C-08-5729-JF                          2