**E-Filed 9/11/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States <br><br> Respondents. | Case Number C 08-5729 JF <br><br> ORDER[1] CONTINUING ORAL ARGUMENT ON ORDER TO SHOW CAUSE AND EXTENDING STAY OF PETITIONER'S REMOVAL <br><br> [Re: Docket No. 1] |

The Court has issued several orders approving the parties' stipulations to extend the date of oral argument in the instant matter pending a decision by the Ninth Circuit in *Rajinder Singh v. Holder*, Appeal No. 07-16988, a case that presents very similar factual and legal issues. On August 11, 2009, the Ninth Circuit issued the following order in the case:

> The case is remanded to the Board of Immigration Appeals for the limited purpose of ruling upon whether the Board had jurisdiction to hear Singh's ineffective assistance of counsel claims and what effect, if any, the Attorney General's recent opinion in *In re Compean*, 25 I & N Dec. 1, 3 (A.G.2009), has on this case. The

---

[1] This disposition is not designated for publication in the official reports.

Board shall advise this court of any action or decision.

*Singh v. Napolitano*, No. 07-16988, 2009 WL 2488059, at *1 (9th Cir. Aug. 11, 2009).

This Court, like the Ninth Circuit, concludes that it would be most prudent to await the Board's response before proceeding. Accordingly, the Court will continue oral argument to December 11, 2009, at 9:00 a.m. The Court also orders the parties to submit status reports on or before November 27, 2009.

In addition, the Court extends the stay of the petitioner's removal through December 24, 2009, or until future order of the Court.

**IT IS SO ORDERED.**

DATED: 9/11/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-5729 JF
ORDER CONTINUING ORAL ARGUMENT ON ORDER TO SHOW CAUSE AND EXTENDING STAY OF PETITIONER'S REMOVAL
(JFLC3)                                    2

1   This Order has been served upon the following persons:

2   James Todd Bennett          bennettjt13@hotmail.com

3   Edward A. Olsen             edward.olsen@usdoj.gov

Case No. C 08-5729 JF
ORDER CONTINUING ORAL ARGUMENT ON ORDER TO SHOW CAUSE AND EXTENDING STAY OF PETITIONER'S REMOVAL
(JFLC3)                              3