**E-Filed 12/1/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>Respondents. | Case Number C 08-5729 JF<br><br>ORDER CONTINUING ORAL ARGUMENT ON ORDER TO SHOW CAUSE AND EXTENDING STAY OF PETITIONER'S REMOVAL |

Pursuant to the parties' joint status report filed November 25, 2009, the Court will continue oral argument to March 12, 2010 at 9:00 a.m. The parties shall submit a joint status report on or before February 26, 2010. As agreed by the parties, the Court hereby extends the stay of the petitioner's removal through April 9, 2010, or until future order of the Court.

**IT IS SO ORDERED.**

DATED: December 1, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-5729 JF
ORDER CONTINUING ORAL ARGUMENT AND STAY OF REMOVAL
(JFLC2)