```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3697
    FAX: (510) 637-3724
```

**E-Filed 1/20/2010**

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, <br><br> Respondents. | No. C 08-5729-JF <br><br> **JOINT STATUS REPORT AND STIPULATION TO EXTEND HEARING DATE; AND [PROPOSED] ORDER** <br><br> Hearing Date:  March 12, 2010 <br> Time:  9:00 a.m. |

Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the hearing date in the above-entitled matter by six months, in light of the following:

(1) This Court has issued several orders approving the parties' stipulations to extend the date of oral argument in the above-captioned case pending a decision by the Ninth Circuit in *Rajinder Singh v. Napolitano*, Appeal No. 07-16988, a case that presents very similar factual and legal issues.

(2) As the Court is aware, the Ninth Circuit issued the following order on August 11, 2009:

JOINT STATUS REPORT AND STIPULATION TO EXTEND HEARING DATE
C-08-5729-JF                                              1

1 | The case is remanded to the Board of Immigration Appeals for the limited purpose
2 | of ruling upon whether the Board had jurisdiction to hear Singh's ineffective
assistance of counsel claims and what effect, if any, the Attorney General's recent
3 | opinion in *In re Compean*, 25 I & N Dec. 1, 3 (A.G. 2009), has on this case. The
Board shall advise the court of any action or decision.

*Singh v. Napolitano*, 577 F.3d 988 (Order).

(3) The BIA since has asked the parties (the petitioner in the above-entitled action and the Department of Homeland Security) to file briefs on the questions that were remanded to the BIA from the Ninth Circuit, and the parties' simultaneous briefs to the BIA are due on January 27, 2010.

(4) In light of the fact that the parties in the above-captioned matter do not anticipate receiving a decision from the BIA and then from the Ninth Circuit prior to the currently-scheduled hearing date of March 12, 2010, the parties respectfully ask this Court to extend the hearing date from March 12, 2010, to September 10, 2010, at 9:00 a.m. The respondents agree to stay the petitioner's removal until October 8, 2010.

Date: January 19, 2010                           Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                 /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney
                                                 Attorneys for Respondents


Date: January 19, 2009                           /s/
                                                 JAMES TODD BENNETT
                                                 Attorney for Petitioner


JOINT STATUS REPORT AND STIPULATION TO EXTEND HEARING DATE
C-08-5729-JF                                      2

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED that the hearing date in the above-captioned matter is continued from March 12, 2010, to September 10, 2010, at 9:00 a.m.

Date: __1/20/2010__, 2010

_____
JEREMY FOGEL
United States District Judge

JOINT STATUS REPORT AND STIPULATION TO EXTEND HEARING DATE
C-08-5729-JF                                      3