*E-Filed 5/25/11*

| | |
|---|---|
| 1 | MELINDA HAAG, CSBN 132612<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7124 |
| 6 | FAX: (415) 436-7169 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARACELY DE JESUS FAJARDO GARCIA, | ) ) ) | No. C 08-5729-RS |
| Petitioner, | ) ) ) | **STIPULATION TO DISMISS;**<br>**[PROPOSED] ORDER** |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and MICHAEL MUKASEY, Attorney General of the United States, | ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

This immigration habeas petition has been stayed until the Ninth Circuit Court of Appeals issued a final decision in <u>Singh v. Napolitano</u>, 619 F.3d 1101 (9th Cir. 2010).

On March 21, 2011, the Ninth Circuit denied the petition for panel rehearing and the petition for rehearing <u>en banc</u>. On April 12, 2011, the appellate court denied the petitioner-appellant's subsequent motion to stay the mandate. On May 3, 2011, the Mandate issued. Accordingly, the holding in <u>Singh</u> stands, and the parties jointly move the Court to dismiss the habeas petition without prejudice. The parties agree to continue the stay of removal for forty-five (45) days from dismissal, to allow Petitioner time to file a motion to reopen with the Board of Immigration

Appeals.

Each party shall pay their own costs and fees.

Dated: May 19, 2011                    Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       _____/s/_____
                                       ILA C. DEISS[1]
                                       Assistant United States Attorney
                                       Attorneys for Respondents


Dated: May 12, 2011                    _____/s/_____
                                       JAMES TODD BENNETT
                                       Attorney for Petitioner


## [PROPOSED] ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED.  The stay of deportation will expire in forty-five (45) days from the date of this Order.  The habeas petition is DISMISSED, without prejudice.  The parties shall bear their own costs and fees.  The Clerk shall close the file.

Dated:  5/24/11

                                       RICHARD SEEBORG
                                       United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I obtained the concurrence of all signatories represented by a conformed (/s/) signature in the filing of this document.